```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASSIN M. JOURIA, M.D.           :      CIVIL ACTION
                                 :
         v.                      :
                                 :
THE EDUCATIONAL COMMISSION       :
FOR FOREIGN MEDICAL GRADUATES    :      NO. 09-4310
```

ORDER

AND NOW, this 22nd day of October, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of the plaintiff, Jassin M. Jouria, M.D., to remand this case to the Court of Common Pleas of Philadelphia County, Pennsylvania is GRANTED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                             C.J.